No. 471.  Preformed Line Products Co. v. Watson, Commissioner of Patents.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Patrick H. Hume* and *C. Willard Hayes* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.

No. 472.  Panhandle Eastern Pipe Line Co. v. Michigan Consolidated Gas Co. et al.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Raymond N. Shibley* and *G. R. Redding* for petitioner.  *Charles V. Shannon, Stanley M. Morley* and *Arthur R. Seder, Jr.* for respondents.

No. 474.  Graves et al. v. Anschutz Oil Co., Inc.  C. A. 10th Cir.  Certiorari denied.  *E. Albert Morrison* for petitioners.

No. 477.  Cunningham v. Alabama.  Court of Appeals of Alabama.  Certiorari denied.  *Arthur D. Shores* and *Orzell Billingsley, Jr.* for petitioner.  *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 480.  Santos v. United States.  Court of Claims.  Certiorari denied.  *Robert Ash* for petitioner.  *Solicitor General Rankin, Acting Assistant Attorney General Sellers* and *Robert N. Anderson* for the United States.